UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS L. GUNN,<br><br>        Plaintiff,<br><br>  v.<br><br>HOLENCIK, et al.,<br><br>        Defendants. | ED CV 10-520-DOC (SH)<br><br>ORDER FOR STATUS REPORT<br>AND ORDER TO SHOW CAUSE |

    The Records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that defendants have not been properly served.

    IT IS HEREBY ORDERED that plaintiff file with this Court within twenty days (August 27, 2010) a detailed and factual report on the status of this litigation.

    IT IS FURTHER ORDERED that plaintiff show cause within twenty days (August 27, 2010) why said action should not be dismissed for failure to diligently prosecute. Fed.R .Civ.P. 4(m); Local Rule 12.

    Failure to timely comply with this Order shall result in the case being

1  dismissed with prejudice pursuant to Local Rule 12 and Fed.R.Civ.P. 4(m).
2  DATED: July 29, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE