UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

DEMETRIUS L. GUNN,

        Plaintiff,

  v.

HOLENCIK, et al.,

        Defendants.

ED CV 10-520-DOC (SH)

ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///

///

///

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and adopting the Report and Recommendation; and (2) directing that Judgment be entered dismissing the Complaint without leave to amend.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: July 30, 2011

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE