JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS L. GUNN, | ) ED CV 10-520-DOC (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| HOLENCIK, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed without leave to amend.

DATED: July 30, 2011

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1